# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |



**ORDER**

September 30, 2014

Before

RICHARD A. POSNER, *Circuit Judge*
JOEL M. FLAUM, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No.: 13-3790 | MICHAEL W. UNDERWOOD, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-05687<br>Northern District of Illinois, Eastern Division<br>District Judge James F. Holderman | |

The following are before the court:

1. **APPELLANTS' EMERGENCY MOTION FOR STAY/PRELIMINARY INJUNCTION TO STOP CITY'S ANNOUNCED RATE INCREASES PENDING APPEAL, AND TO RESTORE THE STATUS QUO AT THE FILING OF THE COMPLAINT**, filed on September 24, 2014, by counsel for the appellants.

2. **THE CITY'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR STAY/PRELIMINARY INJUNCTION**, filed on September 29, 2014, by counsel for the appellee.

3. **APPELLANTS' REPLY IN SUPPORT OF EMERGENCY MOTION FOR STAY/PRELIMINARY INJUNCTION TO STOP CITY'S ANNOUNCED RATE INCREASES PENDING APPEAL, AND TO RESTORE THE STATUS QUO AT THE FILING OF THE COMPLAINT**, filed on September 30, 2014, by counsel for the appellants.

**IT IS ORDERED** that the motion is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)